**Dismissed and Memorandum Opinion filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00648-CV

**PATRICIA ANN POTTS, Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, ET AL, Appellees**

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-24678**

## M E M O R A N D U M   O P I N I O N

This attempted appeal is from an order signed June 15, 2012, dismissing the underlying suit. On October 5, 2012, notice was filed that pursuant to section 11.103 of the Texas Civil Practice and Remedies Code, Patricia Ann Potts has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012).

As of this date, relator has not shown that she obtained an order from the local administrative judge under section 11.102 permitting the filing of this appeal. *See* Tex. Civ. Prac. & Rem. Code § 11.103(a) (West Supp. 2012). Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.